MAXIMILIANO D. COUVILLIER III, ESQ.
Nevada Bar No.: 7661
KEVIN L. HERNANDEZ, ESQ.
Nevada Bar No.: 12594
**BLACK & LOBELLO**
10777 West Twain Avenue, Third Floor
Las Vegas, Nevada 89135
Telephone: (702) 869-8801
Facsimile: (702) 869-2669
mcouvillier@blacklobellolaw.com
khernandez@blacklobellolaw.com
*Attorneys for plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO CHEVALIER, an individual;<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>EQUIFAX, INC., a foreign corporation; JP MORGAN CHASE BANK, a national banking association;<br><br>　　　　　　　　Defendants. | Case No.:  2:15-cv-00315-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT EQUIFAX, INC. WITH PREJUDICE** |

　　**WHEREAS** plaintiff Arturo Chevalier ("plaintiff") and defendant Equifax, Inc. ("Equifax") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between plaintiff and Equifax in the above-captioned matter;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** by plaintiff and Equifax, by and through their respective attorneys of record, and subject to the approval of the court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Equifax, with each party bearing their own attorney's fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

Dated this 5th day of August, 2015.                    Dated this 5th day of August, 2015.

| BLACK & LOBELLO | SNELL & WILMER, LLP |
|---|---|
| /s/ Kevin L. Hernandez           .<br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7661<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>10777 W. Twain Ave., Suite 300<br>Las Vegas, Nevada 89135<br>*Attorneys for plaintiff,*<br>*Arturo Chevalier* | /s/ Bradley T. Austin           .<br>Paul Swenson Prior, Esq.<br>Nevada Bar No. 9323<br>Bradley T. Austin, Esq.<br>Nevada Bar No. 13065<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>*Attorney for defendant,*<br>*Equifax, Inc.* |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties, Defendant Equifax, Inc. shall be dismissed with prejudice, and each party shall bear their respective attorney's fees and costs incurred herein.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Black & LoBello
10777 W. Twain Avenue, 3rd Floor
Las Vegas, Nevada 89135
(702) 869-8801 FAX: (702) 869-2669