1  MAXIMILIANO D. COUVILLIER III, ESQ.
   Nevada Bar No.: 7661
2  KEVIN L. HERNANDEZ, ESQ.
   Nevada Bar No.: 12594
3  **BLACK & LOBELLO**
   10777 West Twain Avenue, Third Floor
4  Las Vegas, Nevada  89135
   Telephone:  (702) 869-8801
5  Facsimile:  (702) 869-2669
   mcouvillier@blacklobellolaw.com
6  khernandez@blacklobellolaw.com
   *Attorneys for plaintiff*
7

8                  **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

| | |
|---|---|
| ARTURO CHEVALIER, an individual; | Case No.:   2:15-cv-00315-MMD-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING DEFENDANT CHASE BANK USA, N.A. (ERRONEOUSLY SUED AS JP MORGAN CHASE BANK) WITH PREJUDICE** |
| EQUIFAX, INC., a foreign corporation; JP MORGAN CHASE BANK, a national banking association; | |
| Defendants. | |

   **WHEREAS** plaintiff Arturo Chevalier ("plaintiff") and defendant Chase Bank USA, N.A. (erroneously sued as JP Morgan Chase Bank) ("Chase") have executed a settlement agreement which fully and finally resolves the all claims, disputes, and differences between plaintiff and Chase in the above-captioned matter;

   ///
   ///
   ///
   ///
   ///
   ///
   ///
   ///

1    **IT IS HEREBY STIPULATED AND AGREED** by plaintiff and Chase, by and through their respective attorneys of record, and subject to the approval of the court, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Chase, with each party bearing their own attorney's fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

Dated this 7th day of August, 2015.                Dated this 7th day of August, 2015.

| BLACK & LOBELLO | SMITH LARSEN & WIXOM |
|---|---|
| /s/ Kevin L. Hernandez           .<br>Maximiliano D. Couvillier III, Esq.<br>Nevada Bar No. 7661<br>Kevin L. Hernandez, Esq.<br>Nevada Bar No. 12594<br>10777 W. Twain Ave., Suite 300<br>Las Vegas, Nevada 89135<br>*Attorneys for plaintiff,*<br>*Arturo Chevalier* | /s/ Katie M. Weber           .<br>Kent F. Larsen, Esq.<br>Nevada Bar No. 3463<br>Katie M. Weber, Esq.<br>Nevada Bar No. 11736<br>1935 Village Center Circle<br>Las Vegas, Nevada 89134<br>*Attorney for defendant,*<br>*Chase Bank USA, N.A.* |

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the foregoing stipulation, defendant Chase Bank USA, N.A. shall be dismissed with prejudice, and each party shall bear their own attorney's fees and costs incurred herein.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE